CO 947
Rev 10/86

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
SEP 29 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Kelontta Hagens 31585-007
U.S.P. Big Sandy P.O. Box 2068
Inez, KY 41224

(Enter above, full name, prison number
and adress:)        Plaintiff, ET Al.

VS.

(1.) Corrections Corporation
of America/C.T.F. 1901 E. ST. S.E. Wash DC 20003
(2.) James Mayes C/O 1901 E. ST. S.E. Wash DC 20003
(3.) Dale London 1901 E. ST. S.E. Wash D.C. 20003
(4.) District of Columbia
Wash. D.C. 20003

(Enter above, full name and adress, of
Defendant(s) in this action:)

CIVIL ACTION NO. _____
(To be supplied by the Clerk of
the District Court:)

CASE NUMBER 1:05CV01917

JUDGE: Unassigned

DECK TYPE: Pro se General Civil

DATE STAMP: 09/29/2005

*[stamps: JURY ACTION; CASE REASSIGNED NOV 15 2005; KOLLAR-KOTELLY, J.C.]*

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

Instructions for filing a complaint by a prisoner under the
Civil Rights Act, 42 U.S.C. Section 1983

This packet contains one copy of a complaint form and one copy of a forma pauperis petition. To start an action, you must file an original and one copy for the Court and one copy for each defendant you name. For example, if you name two defendants, you must file the original and three copies of the complaint. You should also keep an additional copy of the complaint for your own records. All copies of the complaint must be identical to the original.

The Clerk will not file your complaint if these instructions and these forms are not USED.

Your complaint must be clearly handwritten or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space to answer a question, you may use another blank page.

Your complaint can be brought in this court only if one or more of the named defendants is located within the District of Columbia. Further, you must file a separate complaint for each claim that you have unless they are all related to the same incident or problem.

RECEIVED
SEP 14 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

(2)

In order for this complaint to be filed, it must be accompanied by the filing fee of $150.00. In addition, you must serve a copy of the complaint on each of the defendants in any of the ways provided for in Rule 4, Federal Rules of Civil Procedure.

If you are unable to pay the filing fee and service costs for this action, you may petition the Court to proceed in forma purperis. One blank petition for this purpose is included in this packet. This petition should be filed with your complaint.

The law requires that you state only facts in your complaint. COMPLAINTS CONTAINING LEGAL ARGUMENTS OR CITATIONS WILL NOT BE FILED.

When these forms are completed, maile the original and the required copies to the Clerk of the United States District Court for the District of Columbia, Third Street and Constitution Ave., N.W., Room 1825, Washington, D.C. 20001.

I. PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court, dealing with the same or similar facts involved in this action?   Yes (X)   No ( )

B. Have you begun other lawsuits in state or federal court drelating to your imprisonment?   Yes (X)   No ( )

C. If your answer to A or B is Yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit.
   Plaintiffs: Kzionna Hagens 31585-007

   Defendants: James Edwards Williams

2. Court (If federal court, name the district; if state court, name the County): Superior Court (State Court) Wash D.C.

3. Docket number: C.A. No. - 1772

4. Name of judge to whom case was assigned: Duncan Peters Stephanie

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending? (Settlement) Not Paid

6. Approximate date of filing lawsuit: 3-8-04

7. Approximate date of disposition: 9-1-04

(3)

II. PLACE OF PRESENT CONFINDMENT: _____

 A. Is there a prisoner grievance procedure in this institution? Yes(X) No ( )
  If your answer is Yes, go to Question II B, C and D and go to Question II E.

 B. Did you present the facts relating to your complaint in the prisoner grievance procedure  Yes ( )  No ( )

 C. If your answer is Yes to Question II B

  1. To whom and when did you complain? INTERNAL AFFAIRS WARDEN DON PAUL

  2. Did you complain in writing? (Furnish copy of the complaint you made, if you have one.) (See Copys)

  3. What, if any response, did you receive? (Furnish copy of response if in writing). (See Copys)

  4. What happened as a result of your complaint? DEFENDANT LONDON WAS FOUND GUILTEY OF EXCESSIVE FORCE.

 D. If your answer is no to Question II B, explain why not. _____

 E. If there is no prison grievance procedure in the institution, did you complain to prison authoritiess?  Yes ( )  No ( )

 F. If your answer is Yes to Question II E,

  1. To whom and when did you complain? _____

  2. Did you complain in writing? (Furnish copy of the complaint you made, if you have one). _____

  3. What, if any response, did you receive? (Furnish copy of response if in writing. _____

  4. What happened as a result of your complaint? _____

(4)

## III. PARTIES

(In item A below, place your name and prison number in the first blank and place your present address in the second blank, Do the same for additional plaintiff, if any).

A. Name of Plaintiff: Keionta Hagens 31585-007
   Address: U.S.P. Big Sandy P.O. Box 2068
   Inez KY 41224

B. Defendant: Corrections Corporation of America
   Address: 1901 E St. S.E. Wash D.C. 20003

   Defendant: James Mayes 1901 E. St. S.E.
   Adress: Wash D.C. 20003

   Defendant: Dale London 1901 E. St. S.E.
   Adress: Wash D.C. 20003

   Defendant: District of Columbia
   Address: Washington D.C.

   Defendant:
   Address:

   Defendant:
   Address:

   Defendant:
   Address:

## IV. STATEMENT OF CLAIM

(State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases, or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra sheets if Necessary.) Extra pages maybe added, lable them "IV. STATEMENT OF CLAIM CONTINUED."

See Attached



(5)

## V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

Find Corrections Corporation of America liable for damages for supervisors neglect and care of its detainees. Award 100,000 thousand dollars to plaintiff Hagens. Also find defendant London and Mayes liable for damages for excessive force. London 50,000 and Mayes 25,000 thousand each and District of Columbia or D.C. 100,000 thousand dollars.

SEE EXHIBIT (1)

Signed this 7 day of Sept, 2005.

Respectfully Submitted,

/s/ Kelonta Hagens
(Signature of Plaintiff)

31585-009

I, declare and affirm under the penalty of perjury that the foregone complaint is true and correct.

9-7-05
Date

/s/ Kelonta Hagens
(Signature of Plaintiff)

U.S.P. Big Sandy
P.O. Box 2068
Inez, KY 41224

CERTIFICATE OF SERVICE

I, __Keionta Hagens 31585-007__, hereby certify that I have served a true and correct copy of the foregone petition on:

[A] The attorney for the Defendants at : __1901 E. St.__
__S.E. Washington D.C. 20003__
_____ ;

[B] And I have mailed the original and ___ copies to the Office of the Clerk of the Court at: __United States__
__District Court for the District__
__of Columbia Wash. D.C.__
_____ ;

Which is deemed filed at the time it is delivered to prison mail authorities , or placed in the facility legal U.S. Mail box: See: HOUSTON V LACK, 101 L. Ed 2d 245 (1988); Said sealed postage and prepaid envelope as above addressed was deposited this ___ day of _____, 200 . ..Affirmed pursuant to 28 U.S.C.§1746.. under the penalty of purjury.

/s/ __Keionta Hagens__
__31585-007__
__Big Sandy P.O. Box__
__2068 Inez, Ky 41224__

CC Files copy