# GOVERNMENT OF THE DISTRICT OF COLUMBIA
## DEPARTMENT OF CORRECTIONS

Office of the External Confinement
& Monitoring Administration

★★★

*HAGENS*
*A-3 CELL 422*

*Exhibit (Z)*

## MEMORANDUM

TO:        Keionta Hagan
           289-792

FROM:      Barbara A. Hart
           Contract Monitor

DATE:      June 4, 2004

SUBJECT:   Investigation

---

Inmate Hagan this is in response to your May 14, 2004 inquiry in reference to an allegation of excessive use of force by Captain Dale London.

Internal Affairs (CCA/CTF) investigated your allegation. Warden Figueroa is imposing corrective/adverse action against Captain London.

cc:  Warden Figueroa

---

1923 Vermont Avenue, N.W. Washington, D.C. 20001 (202) 671-2054

CORRECTIONAL TREATMENT FACILITY

= DCC                              == 5-23-04  == SMU-1

FROM NAME, FIRST, LAST:  Keionta Hagens      DCDC # 284-792

PLEASE INDICATE BY CHECK (✓) THE NATURE OF REQUEST

( ) Classification or Reclassification       ( ) Parole
( ) Personal or Family Problem(s)            ( ) Custody Review
( ) Visiting List                            ( ) Legal Call
( ) Notary                                   ( ) Sentence Structure
( ) Escorted Trip                            ( ) Squad Change
( ) Canteen                                  (X) Other
( ) Interview Counseling/Appts

COMMENTS: I WAS ASSULt by Two Capt They NAME is
MAYe and london with handcuffs on me be hin my
black I suff INjuries to my Neck Ribs rehss, I did
nut assult nethine They is Living on me

ACTIONS TAKEN/REMARKS:

D.C. DEPT OF CORRECTION
CORRECTIONAL TREATMENT FACILITY
LAW LIBRARY
1901 E STREET SOUTHEAST
WASHINGTON, D.C. 20003

property issued resolved

Internal Affairs is in the process of investigating your allegations of use of force.

# Memorandum

**To:**    Barbara Hart

*Contract Monitor*

**From:** Larry Bynum

**Chief of Security**

Date:  05/25/2004

Re:    Inmate Hagens, Keionte #284792

---

This memorandum is in reference to a grievance/ claim filed by inmate Hagens, K. #284792 missing commissary. Attached you will find a release form indicating the acknowledgement receipt of $50.00 worth of commissary. Therefore, showing that this claim has been resolved.