IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEIONTA HAGENS, #31585-007<br>Big Sandy United States Penitentiary<br>P.O. Box 2068<br>Inez, Kentucky 41224<br>　　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>CORRECTIONS CORPORATION OF<br>AMERICA<br>1901 E. Street, S.E.<br>Washington, D.C. 20003<br><br>and<br><br>James Mayes<br>1901 E. Street, S.E.<br>Washington, D.C. 20003<br><br>and<br><br>Dale London<br>1901 E. Street, S.E.<br>Washington, D.C. 20003<br><br>and<br><br>District of Columbia<br>1923 Vermont Avenue, N.W.<br>Washington, D.C. 20001<br>　　　　　　　　　　　　Defendants | Civil Action 1:05-cv-01917 CKK |

**DEMAND FOR JURY TRIAL OF DEFENDANT,**

**CORRECTIONS CORPORATION OF AMERICA**

Pursuant to Rule 38, FED.R.CIV.P., Defendant, Corrections Corporation of America, through counsel, requests a trial by jury of all triable issues in the above-captioned matter.

Dated this 8th day of February 2006.

        Respectfully submitted,

        s/ Jennifer L. Holsman
        Daniel P. Struck (Bar No. CO0037)
        Jennifer L. Holsman (Bar No.495296
        JONES, SKELTON & HOCHULI, P.L.C.
        2901 North Central Avenue
        Suite 800
        Phoenix, Arizona 85012
        Telephone: (602) 263-7323
        Facsimile: (602) 200-7811

        Kevin L. Newsome (D.C. Bar No. 439206)
        LECLAIR RYAN, A PROFESSIONAL CORPORATION
        225 Reinekers Lane
        Suite 700
        Alexandria, Virginia 22314
        Telephone: (703) 647-5928
        Facsimile: (703) 647-5978 (direct)

Filed Electronically this 8th day of February 2006.

Copy of the foregoing mailed even date to:

Keionta Hagens, #31585-007
BIG SANDY UNITED STATES PENITENTIARY
Post Office Box 2068
Inez, Kentucky 41224
Plaintiff *Pro Se*

  s/ Colleen J. Webb

1586971_1