UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Keionta Hagens,                  :
                                 :
          Plaintiff,             :
     v.                          :        Civil Action No. 05-1917 (CKK)
                                 :
Corrections Corporation of       :
America, *et al.*,               :
                                 :
          Defendants.            :

ORDER

This matter is before the Court on the District of Columbia's motion to dismiss. Plaintiff, proceeding *pro se*, is advised of the following.

In *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district court must take pains to advise a *pro se* party of the consequences of failing to respond to a dispositive motion. "That notice... should include an explanation that the failure to respond...may result in the district court granting the motion and dismissing the case." *Id*. at 509. In addition, the Court's local rules require a party opposing a motion to serve and file a memorandum of points and authorities "[w]ithin 11 days of the date of service or at such other time as the court may direct . . . [or] the court may treat the motion as conceded." Local Civil Rule 7(b). Accordingly, it is this 13th day of February 2006,

**ORDERED** that plaintiff shall respond to the District of Columbia's motion to dismiss no later than **March 15, 2006**. If plaintiff does not respond within the time provided, the Court will treat the motion as conceded and may dismiss the complaint against the movant.

_____s/s_____
COLLEEN KOLLAR-KOTELLY
United States District Judge

Paper Copy to:

Keionta Hagens
R 31585-007
Big Sandy United States Penitentiary
P.O. Box 2068
Inez, KY 41224