UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Keionta Hagens, | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 05-1917 (CKK) |
| | : | |
| Corrections Corporation of | : | |
| America, *et al.*, | : | |
| | : | |
| Defendants. | : | |

ORDER

This matter is before the Court on the Corrections Corporation of America's ("CCA") answer to the complaint brought by a prisoner proceeding *pro se*. The conference requirements of Local Civil Rule 16.3 and Federal Rule of Civil Procedure 26(f) are inapplicable to this action. *See* Local Civil Rule 16.3 (b)(3). An answer therefore does little to advance the proceedings. The Court has reviewed the complaint and the answer. The answer raises possible grounds for dismissal, but defendant has not filed a dispositive motion. Accordingly, it is hereby

ORDERED that defendant CCA shall file a dispositive motion or a proposed briefing schedule on or before March 10, 2006.

_____s/s_____
COLLEEN KOLLAR-KOTELLY
United States District Judge

Date: February 21, 2006