IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEIONTA HAGENS, #31585-007<br><br>    Plaintiff,<br>v.<br><br>CORRECTIONS CORPORATION OF<br>AMERICA, et al.<br><br><br>    Defendants. | Civil Action 1:05-cv-01917 (CKK) |

**ORDER GRANTING MOTION TO DISMISS**

UPON CONSIDERATION of Defendant Corrections Corporation of America's Motion to Dismiss or, in the Alternative, for Summary Judgment and Memorandum of Points and Authorities in support thereof, and any opposition thereto, it is this _____ day of _____, 2006 hereby, ORDERED, that Defendant's Motion to Dismiss is granted.

It is further ORDERED that Plaintiff's Complaint against Defendant Corrections Corporation of America is dismissed, with prejudice.

_____
Judge, United States District Court