Donald Hatch
Reg. No. 11999-007
USP-Big Sandy
P.O. Box 2068
Inez, KY 41224

March 20, 2006

Clerk of the Court
UNITED STATES DISTRICT COURT
For the DISTRICT OF COLUMBIA
333 Constitution Avenue, N.W.
Washington, D.C. 20001-2866

RECEIVED
MAR 23 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Re: Keionta Hagens v. Corrections Corporation of America, et al.
Civil Action No. 05-1917 (CKK)

Dear Clerk:

On March 13, 2006, I mailed a letter to the Court and served a copy upon the defendants, in reference to the above-captioned civil suit, and any others pending wherein the plaintiff is Keionta Hagens, Fed. Reg. No. 31585-007.

At that time I did not have the case number for any of these cases. Since that time I did receive the above case number and I write to provide the same. I would also like to inform the Court that Mr. Hagens is still confined in the Special Housing Unit (SHU) and under the conditions set out in the March 13, letter.

I would greatly appreciate it if you would take judicial notice of these facts and stay the proceedings, or any other relief you deem to be fair and equitable, until Mr. Hagens is able to inform the Court that the disability has been lifted.

Thank you for your kind consideration of the above.

Clerk of the Court
U.S. District Court
For the D.C. Circuit
March 20, 2006
Page two of two

Respectfully submitted,

*Donald J. Hatch*
DONALD J. HATCH
Reg. No. 11999-007
USP-Big Sandy
P.O. Box 2068
Inez, KY 41224

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I mailed a copy of the foregoing letter to the defendants by placing a copy thereof in the legal mailbox, postage prepaid, addressed to Legal Counsel, Connections Corporation of America, 10 Burton Hills Boulevard, Nashville, Tennessee, 37215, this 20th day of March, 2006.

*Donald J. Hatch*
DONALD J. HATCH

Executed this 20th day of March, 2006, at Inez, KY, pursuant to 28 U.S.C. § 1746.

*Donald J. Hatch*
DONALD J. HATCH
Reg. No. 11999-007