# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Keionta Hagens, #31585-007 )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Corrections Corporation of America, et al. )<br>)<br>Defendants. )<br>) | Civil Action 1:05-cv-01917 CKK |

## NOTICE OF APPEARANCE

Pursuant to LCvR 83.6, Daniel P. Struck, Esq. (D.C. Bar No. CO0037) hereby enters his appearance as lead counsel for Defendant, *Corrections Corporation of America*.

The firm address, telephone and facsimile numbers, as well as e-mail address for Daniel P. Struck, Esq. is as follows:

        Daniel P. Struck, Esq.
        JONES, SKELTON & HOCHULI, P.L.C.
        2901 North Central Avenue
        Suite 800
        Phoenix, Arizona 85012
        Telephone No.:   (602) 263-7323
        Facsimile No.:   (602) 200-7811
        E-Mail:   dstruck@jshfirm.com

        Respectfully submitted,

        JONES, SKELTON & HOCHULI, P.L.C.

        /s/   Daniel P. Struck
        Daniel P. Struck (D.C. Bar No. CO0037)
        JONES, SKELTON & HOCHULI, P.L.C.
        2901 North Central Avenue
        Suite 800
        Phoenix, Arizona 85012
        Telephone: (602) 263-7323
        Facsimile: (602) 200-7811(direct)

> Kelvin L. Newsome (D.C. Bar No. 439206)
> Rebecca E. Kuehn (D.C. Bar No. 447481)
> LeClair Ryan, A Professional Corporation
> 225 Reinekers Lane
> Suite 700
> Alexandria, Virginia 22314
> Telephone No.:     (703) 647-5928
> Facsimile No.:     (703) 647-5978 (direct)
>
> Counsel for Defendant, *Corrections Corporation of America*

### CERTIFICATE OF MAILING

          I HEREBY certify that on the 27th day of March, 2006, the foregoing Notice of Appearance was mailed, via first-class mail to:

Keionta Hagens, #31585-007
Big Sandy United States Penitentiary
Post Office Box 2068
Inez, Kentucky 41224
Plaintiff *Pro Se*

Kelvin L. Newsome, Esq.
Rebecca E. Kuehn, Esq.
LeClair Ryan, A Professional Corporation
225 Reinekers Lane
Suite 700
Alexandria, Virginia 22314

                                                    s/ Carol S. Madden