UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

__Keionta Hagens__
Plaintiff(s)

vs

Civil Action No. __05-1917 (CKK)__

__Corrections Corporation of America, et al__
Defendant(s)

RECEIVED
MAR 27 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ORDER

The plaintiff(s) was granted leave to proceed in forma pauperis to file this action. The Court authorized the United States Marshal to complete service of process, pursuant to 28 U.S.C.1915(d).

Some defendants have been served. The defendant(s) who has not, and whose address is incorrect, is listed below.

| | |
|---|---|
| James Mayes | 1901 E St SE Washington DC 20003 |
| Dale London | 1901 E St SE Washington DC 20003 |
| District of Columbia | 1150 one Judiciary square 441 4th St. N.W. Wash D.C. 20001 |
| Corrections Corporation of America | 10 Burton Hills boulevard Nashville, Tennessee 37215 |

As a result of an incorrect or incomplete address, the U.S. Marshal has been unable to properly effect service on the defendant(s).

ORDERED that plaintiff provide the full name and address of the party identified as defendant(s) on the attached form and file it with the Court by __April 6, 2006__ Pursuant to Local Rule 5.1(e), failure to comply with this Order may cause the dismissal of the case against the defendant(s).

UNITED STATES DISTRICT JUDGE

Rev. 1/01

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

vs.                                                        C.A. No. _____

_____

PLAINTIFF(S) IS REQUIRED TO COMPLETE IN FULL THE NAME AND ADDRESS OF EACH DEFENDANT NAMED IN THIS ORDER

Defendant's name: Captain Dale London

Defendant's address: 1901 E Street S.E. Wash D.C. 20003

Defendant's name: James Mayes shift supervisor

Defendant's address: 1901 E Street S.E. Wash D.C. 20003

Defendant's name: Corrections corporation of America

Defendant's address: Tennessee Headquarters 10 Burton Hills nashville, TN Blvd 37215

Defendant's name: The District of columbia

Defendant's address: 1150 one Judiciary square 441 4th street N.W. Washington D.C. 20001

Defendant's name: _____

Defendant's address: _____

Defendant's name: _____