UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Keionta Hagens,

    Plaintiff

v.

Corrections Corporation of America, et al.,

    Defendants

Civ. No. 1:05-cv-1917 (CKK)

RECEIVED
APR 1 9 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## MOTION FOR FURTHER EXTENSION OF TIME FOR PLAINTIFF TO RESPOND

The plaintiff, Keionta Hagens, pro se, respectfully petitions this Honorable Court for a further extension of time to respond to the Motion to Dismiss or for Summary Judgment filed by the defendants, and in support whereof states the below:

### BACKGROUND

1.) Extraordinary circumstances exist which justify the granting of the relief sought herein.

2.) On February 16, 2006, the plaintiff was placed in segregation at this federal prison, due to an assault by another inmate.

3.) On or about February 19, 2006, the plaintiff received by mail, a copy of the motion to dismiss or for summary judgment.

4.) Previously, the plaintiff was granted an

extension of time to file an opposition to the motion to dismiss, up to and including April 18, 2006, from the original deadline of March 15, 2006.

### REASONS FOR GRANTING EXTENSION OF TIME TO FILE OPPOSITION

1.) The plaintiff is still confined in the Special Housing Unit (SHU) of this prison.

2.) Plaintiff is confined in a cell for 24 hours per day, except for one (1) hour four days per week for recreation.

3.) The plaintiff is denied access to a law library that is adequately stocked to provide access to the cases and statutes that are needed in order for the plaintiff to respond herein.

4.) Plaintiff is a layman and not trained in the law. The plaintiff was being assisted in his filings by another inmate who is more knowledgeable in the law. The plaintiff needs to have access to confer with this inmate, Donald Hatch Reg. No. 11999-007, in order to answer.

-2-

5.) The plaintiff will seek to have staff provide the access needed in order to have the assistance of Mr. Hatch.

6.) Plaintiff is confined contrary to the Constitution, since an inmate was allowed to come into plaintiff's unit to assault plaintiff, and the plaintiff is still in segregation due to staff's negligence.

7.) The plaintiff believes that his lack of knowledge of the law, unjust denial of access to the law, and indigency, should not be cause for plaintiff to be denied the right to litigate meritorious claims.

## RELIEF

WHEREFORE, due to all of the above, the plaintiff, Keionta Hagens, pro se, respectfully requests that the court grant an extension of time to respond to the motion to dismiss, for a period of 30 days after plaintiff has been released back to general population, or provided adequate access to the above-named inmate legal assistant, Donald Hatch, whichever is sooner.

-3-

On information and belief, the plaintiff is scheduled to be released on April 26, 2006, back to general population.

In the alternative, the plaintiff requests that the Court stays the proceedings until adequate access is provided, or any other relief the Court deems to be fair and equitable.

Respectfully submitted,
Keionta Hagens PRO SE
Keionta S. Hagens, PRO SE
Reg. No. 31585-007
USP- Big Sandy
P.O. Box 2068
Inez, KY 41224

CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the foregoing motion upon counsel for the defendants by first-class mail, by postage prepaid, U.S. Mail, addressed to: Jennifer L. Holsman, Esq., Jones, Skelton, & Hochuli, P.L.C., 2901 North Central Avenue, Suite 800, Phoenix, AZ 85012, this 6th day of April, 2006.

Keionta S. Hagens PRO SE
Keionta S. Hagens, pro se
-4- Reg. No. 31585-007

Keionta Hagens
Reg No.
USP-Big S...
P.O. Box 2068
Inez, KY 41224

April 6, 2006

Clerk of the Court
United States District Court
For the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001-2866

Re: Hagens v. Corrections Corp. of America, et al.,
    Civil Action No. <ins>1:05-CV-1917</ins>

Dear Clerk:

    Please find enclosed the original and two (2) copies of a motion for extension of time, that I would like filed with the Court.

    Would you file these papers for me, I am confined in segregation and I was unable to get plain white paper for the enclosed filing. Thank you for your assistance in this matter.

Sincerely,

<ins>Keionta Hagens</ins>
Keionta Hagens
Reg. No. 31585-007
USP-Big Sandy
P.O. Box 2068
Inez, KY 41224

Keionta Hagens
USP - BIG SANDY
P.O. BOX 2068
Inez, KY 41224

Case No. 05-1917 (CKK)

Clerk of Court
U.S. District Court Rm 1225
333 Constitution Ave., N.W.,
Washington, D.C. 20001

In Re: Form 1A; & Form 1B

Dear Clerk of Court,

please send me one each of the following blank forms listed in the Appendix to the Federal Rules of Civil Procedure:

1. "Form 1A. Notice of Lawsuit and Request for Waiver of Service of Summons"; and

2. "Form 1B. Waiver of Service of Summons"

Respectfully Yours

Keionta Hagens