IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEIONTA HAGENS, #31585-007<br><br>                  Plaintiff,<br>v.<br><br>CORRECTIONS CORPORATION OF AMERICA, et al.<br><br>                  Defendants. | Civil Action 1:05-cv-01917 (CKK) |

ENTRY OF APPEARANCE

Pursuant to LCvR 83.6, Kelvin L. Newsome hereby enters his appearance as co-counsel for Defendants Corrections Corporation of America and Dale London.

The firm address, telephone and facsimile numbers, as well as e-mail address for Kelvin L. Newsome is as follows:

> Kelvin L. Newsome
> LeClair Ryan
> 999 Waterside Drive, Suite 2525
> Norfolk, VA  23510
> Telephone No.:  (757) 441-8938
> Facsimile No.:   (757) 441-8988
> kelvin.newsome@leclairryan.com

                                              Respectfully submitted,

                                              LECLAIR RYAN

                                              _____/s/_____
                                              Kelvin L. Newsome (D.C. Bar No. 439206)
                                              LeClair Ryan
                                              999 Waterside Drive, Suite 2525
                                              Norfolk, VA  23510
                                              Telephone No.:  (757) 441-8938
                                              Facsimile No.:   (757) 441-8988

        Megan S. Ben'Ary (D.C. Bar No. 493415)
        225 Reinekers Lane
        Suite 700
        Alexandria, VA  22314
        (703) 684-8007
        (703) 684-8075 (fax)

        Daniel P. Struck (D.C. Bar No. CO0037)
        Jones, Skelton & Hochuli, P.L.C.
        2901 North Central Avenue
        Suite 800
        Phoenix, AZ  85012
        (602) 263-7323

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this 4th day of May, 2006, a true and accurate copy of the foregoing was mailed, to:

  Keionta Hagens, #31585-007
  Big Sandy United States Penitentiary
  P.O. Box 2068
  Inez, Kentucky  41224
  Plaintiff, pro se


                _____/s/ Kelvin L. Newsome____