IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEIONTA HAGENS, #31585-007<br><br>       Plaintiff,<br>v.<br><br>CORRECTIONS CORPORATION OF<br>AMERICA, et al.<br><br><br>       Defendants. | Civil Action 1:05-cv-01917 (CKK) |

**NOTICE OF WITHDRAWAL**

Please take notice that Rebecca E. Kuehn of LeClair Ryan, A Professional Corporation hereby withdraws as counsel for Defendant Corrections Corporation of America in the above-captioned matter as she is taking a position with the federal government.

Dated this 4th day of May 2006.

Respectfully submitted,

       /s/ Rebecca E. Kuehn
Rebecca E. Kuehn (D.C. Bar No. 447481)
LECLAIR RYAN, A PROFESSIONAL CORPORATION
225 Reinekers Lane, Suite 700
Alexandria, Virginia 22314
Telephone: (703) 684-8007
Facsimile: (703) 684-8075

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this 4th day of May, 2006, a true and accurate copy of the foregoing was mailed, to:

  Keionta Hagens, #31585-007
  Big Sandy United States Penitentiary
  P.O. Box 2068
  Inez, Kentucky  41224
  Plaintiff, pro se


                              _____/s/ Rebecca E. Kuehn____