UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_KEIONTA HAGENS_
Plaintiff(s)

vs

Civil Action No. _05-1917 CKK_

_CORRECTION CORPORATION OF AMERICA_
Defendant(s)

### ORDER

The plaintiff(s) was granted leave to proceed in forma pauperis to file this action. The Court authorized the United States Marshal to complete service of process, pursuant to 28 U.S.C.1915(d).

Some defendants have been served. The defendant(s) who has not, and whose address is incorrect, is listed below.

_JAMES HAYES_

As a result of an incorrect or incomplete address, the U.S. Marshal has been unable to properly effect service on the defendant(s).

ORDERED that plaintiff provide the full name and address of the party identified as defendant(s) on the attached form and file it with the Court by _June 16, 2006_ Pursuant to Local Rule 5. 1 (e), failure to comply with this Order may cause the dismissal of the case against the defendant(s).

_Colleen Kollar-Kotelly_
UNITED STATES DISTRICT JUDGE
5/22/06

Rev. 1/01

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KEIONTA HAGENS

vs.

C.A. No. 05-1917 CKK

CORRECTIONS CORPORATION OF
AMERICA

**PLAINTIFF(S) IS REQUIRED TO COMPLETE IN FULL THE NAME AND ADDRESS OF EACH DEFENDANT NAMED IN THIS ORDER**

Defendant's name: _____

Defendant's address: _____

Defendant's name: _____

Defendant's address: _____

Defendant's name: _____

Defendant's address: _____

Defendant's name: _____

Defendant's address: _____

Defendant's name: _____

Defendant's address: _____

Defendant's name: _____

DATE: *May 22, 2006*

TO: *Judge Kollar-Kotelly*

FROM: New Case Desk

SUBJECT: Unexecuted return of service

Re: Civil Action No. *05-1917 CKK*

Service has been attempted by the U.S. Marshal on defendant *James Hayes, Shift Supervisor* and returned unexecuted for the following reason *no longer works @ location given on complaint*

Attached is a proposed order for your consideration.

NANCY MAYER-WHITTINGTON

By: *Maureen Higgins*
          Deputy Clerk