UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KEIONTA S. HAGENS (PLAINTIFF)

v.

CORRECTIONS CORPORATION OF AMERICA
ETC AL, DEFENDANTS. (CCA)

RECEIVED
MAY 30 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

05-1917 CKK CIVIL ACTION NO?

PLAINTIFF K. HAGENS 31585-007 moves this court for a motion for extension of time to answer defendants summary judgment which plaintiff Hagens has, until May 25 or 26 to answer?

Plaintiff Hagens via his jail house lawyer Vernell Jeffries 40452-037 who has initiated and file 95% percent of every motion herein request this motion on the following;

(1) Plaintiff Hagens property was "confiscated" on 5-16-06 by ~~~~ Lt. Hicks all his

## II

"Legal material" and my personal motion to suppress summary judgment documents evidence internal affairs report etc. Prison officials are deliberately denying plaintiff Hagens his legal property to answer defendants motion. Plaintiff Hagens told prison officials namely Lt. Hicks and Cpl. Kelly property officer he had a deadline prison officials still denied plaintiff Hagens his legal property etc.

## Law

An inmate has the right to petition the courts concerning his or her conviction, but also the constitutionality of the conditions of his or her confinement. Access to the courts is a fundamental right and all other rights of an inmate are illusory without it. See

## III

McCray v Sullivan 509 F.2d 1332, 1337 (5 Cir.), Coleman v Crisp 444 F. Supp. 31 (W D Okla 1977).

Plaintiff Hagens, jailhouse lawyer Vernell Jeffries property was also confiscated whereas Mr. Jeffries doesn't even have the civil case no to ~~~~ recite...

Wherefore plaintiff prays this Court order prison officials to give plaintiff Hagens his legal property to continue his access to courts. His 1st Amendment to the United States Constitution.

I hereby swear the following is true to the best of my knowledge.

Keionte Hagens
31583-007
5-24-06