Date 5-26-06

To Judge Kohhar Kotelly

From Keionta Hagens 31585-007

Subject James Mayes Address

Re Civil Action No: 05-1917 CKK

your Honor
I Don't have Jame mayes home Address I just had his worke address and that is 1901 E st SE washington D.C. 20003 If you can order CCA to give you his social security Number you can sine hem that way

PS can you put on Envelope open in front of Inmate only

**RECEIVED**
JUN 0 1 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT