IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Keionta Hagens,<br><br>              Plaintiff,<br>v.<br><br>Corrections Corporation of America, et al.,<br><br>              Defendant. | Civil Action 1:05-cv-01918 (CKK) |

**SECOND AFFIDAVIT OF JOYCE ALLEN**

I, JOYCE ALLEN, being duly sworn according to law, upon my oath, depose and say:

1. I have been employed by Corrections Corporation of American (hereinafter "CCA") since October 2000. I currently am the Facility Grievance Officer at the Correctional Treatment Facility ("CTF") operated by Corrections Corporation of America in Washington, D.C.

2. I have personal knowledge of the matters contained herein, or have reason to believe that the matters stated herein are true and accurate, and make this second affidavit in support of Defendant, Corrections Corporation of America's Motion to Dismiss.

3. As Facility Grievance Officer, I am familiar with the CCA grievance policies and procedures regarding the available administrative remedies for inmates and detainees. My responsibilities include overall coordination of the grievance procedure at CTF, assigning a number to each grievance, coordinating the investigation of grievances,

completing the Grievance Officer's Report utilizing Form 14-5A, and maintaining all grievance records and documents. I am also fully familiar with CTF policy regarding disciplinary hearing procedures.

4. The inmate grievance procedure is explained orally when an inmate arrives at CTF for orientation. Additionally, inmates who request clarification of the process may receive it from the Correctional Officers on duty in their housing unit, their Counselor, their Unit Manager, and the Facility Grievance Officer. As Facility Grievance Officer, my job duties include making daily (Monday-Friday, except holidays) walkthroughs of each housing unit.

5. The CCA grievance policy (Exhibit A to my previous Affidavit at 4) states that to begin the formal grievance process, and inmate **must** complete the three-part "CCA Inmate/Resident Grievance Form" (Form 14-5A). According to the policy, the completed form should be placed in the Grievance Mail Box or, in the cases of emergency grievances or those filed by inmates in Segregation, such as Inmate Hagens, given to a staff member of in the grade of Assistant Shift Supervisor or above, who will tender a receipt for the grievance.

6. Inmates are required to acknowledge receipt of the Grievance Officer's Report and Decision by providing a second signature on the CCA Inmate/Resident Grievance Form. If an inmate expresses displeasure with the decision or refuses to sign the Inmate Grievance Form when I return it to him for acknowledgement, I explain the grievance appeal process. When I met with Keionta Hagens on May 21, 2004 for this purpose and to explain why he was being held in Administrative Segregation at the expiration of his term of Disciplinary Segregation, he did not ask me to provide any clarification of the grievance policy or process.

7. The CTF Grievance Officer's Decision may be appealed to the Warden, either by indicating the desire to appeal on the CCA Inmate/Resident Grievance

1641252.1

Form and returning it to me or by mailing the form indicating a desire to appeal directly to the Warden. According to the CTF Grievance Policy (Attachment A to my previous Affidavit at 4), at all stages of the grievance process, upon receipt of the grievance, it will be date stamped. Once the Warden has rendered a decision, the grievance is returned to the Facility Grievance Officer to be logged and then is sent to the inmate for acknowledgment of receipt of the Warden's decision.

8. The "Inmate Request Slip" form completed by Keionta Hagens (Exhibit 4 to Opposition) is not an Inmate Grievance Form recognized at CTF (or the D.C. Jail). This form is designed to be used by the institutional counseling staff to address inmate concerns and is not part of the formal grievance process. It is neither recognizable as an initial grievance nor the appeal of a grievance, and appears only to be an attempt to provide information to the D.C. Department of Corrections.

9. The "Inmate Request Slip" which Keionta Hagens alleges to have completed on May 23, 2004 is presumably addressed to the Department of Corrections, skipping the second step of the formal grievance process. If an inmate fails to follow or omits any part of the formal grievance process, he has failed to exhaust his administrative remedies. Additionally, the "Inmate Request Slip" fails to attach the original grievance and response, which must be forwarded to the Contract Monitor or Director of Department of Corrections in order to complete the third and fourth steps of the formal grievance process, according to the CTF grievance policy.

FURTHER AFFIANT SAYETH NAUGHT.

Joyce Allen

WASHINGTON           )
                     ) ss.
DISTRICT OF COLUMBIA )

SWORN AND SUBSCRIBED before me this 13th day of June, 2006, by Joyce Allen.

_____
Notary Public

My Commission Expires:

Phoenix C. Ishmon
Notary Public, District of Columbia
My Commission Expires 07-31-2006

- 5 -

1641252.1