UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KEIONTA MAGENS

vs.

C.A. No. 05-1917 CKK

CORRECTIONS CORPORATION OF AMERICA

**PLAINTIFF(S) IS REQUIRED TO COMPLETE IN FULL THE NAME AND ADDRESS OF EACH DEFENDANT NAMED IN THIS ORDER**

Defendant's name: James Mayes
Defendant's address: 1901 E St SE Washington DC 20003

Defendant's name: Dale London
Defendant's address: 1901 E St SE Washington DC 20003

Defendant's name: District of Columbia
Defendant's address: 1923 Vermont Ave NW Washiton D.C. 200

Defendant's name: Crrections Corration of America
Defendant's address: 1901 E St SE Washington D.C. 20003

Defendant's name: _____
Defendant's address: _____

Defendant's name: _____

Yay Can Sine James Mayes by his social cecurity Number I Just have his old work Address that is 1901 E St SE Washing DC 20003

by
K Hagens
31585-007