UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Keionta Hagens, | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 05-1917 (CKK) |
| | : | |
| Corrections Corporation of America, *et al.*, | : | |
| | : | |
| Defendants. | : | |

ORDER

In response to the Court's Order to provide a current address for defendant James Mayes, plaintiff has listed the address from which service of process was returned unexecuted because defendant no longer works there. *See* Dkt. # 12. Because plaintiff admits that he only has "his old work address," Response at 2, and personal service cannot be effected, the Court has no choice but to dismiss the complaint against this defendant. Accordingly, it is

ORDERED that the summons issued for defendant James Mayes is QUASHED; and it is

FURTHER ORDERED that the complaint against defendant James Mayes is DISMISSED without prejudice.

_____s/s_____
COLLEEN KOLLAR-KOTELLY
United States District Judge

DATE: June 21, 2006