**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| |
|---|
| Keionta Hagens,<br><br>           Plaintiff,<br><br>    v.<br><br>Corrections Corporation of America, et al,<br><br>          Defendants. |

Civil Action No. 1:05-CV-01917 CKK

**DEFENDANTS' REQUEST FOR CLARIFICATION OF
NOTICE AND ACKNOWLEDGEMENT OF RECEIPT OF
SUMMONS AND COMPLAINT BY MAIL ON JUNE 16, 2006**

Defendants Corrections Corporation of America ("CCA") and Dale London,

through counsel, submit this clarification of the Notice and Acknowledgement of Receipt

of Summons and Complaint by Mail ("Notice") filed on June 16, 2006. It appears that the

Department of the Navy, Office of the General Counsel, signed for the Notice on May 2,

2006. CCA does not have a contract with the Department of the Navy and thus, they are

not authorized to accept service on behalf of CCA. Regardless, CCA was served in this

case on January 19, 2006, and subsequently filed a Motion to Dismiss and/or in the

alternative Motion for Summary Judgment on March 10, 2006.  Defendant, Dale London

was served in this case on April 5, 2006, and subsequently filed a Motion to Dismiss

//


//

and/or in the alternative Motion for Summary Judgment on April 18, 2006. Accordingly,

Plaintiff's attempts to re-serve Defendant CCA with the Summons and Complaint is

unnecessary and duplicative.

      RESPECTFULLY SUBMITTED this 21st day of June, 2006.

By: s/Jennifer L. Holsman
    Daniel P. Struck, (Bar No. C0037)
    Jennifer L. Holsman, (Bar No. 0495296)
    JONES, SKELTON & HOCHULI, P.L.C.
    2901 North Central Avenue, Suite 800
    Phoenix, Arizona  85012
    Telephone:   (602) 263-1700
    Facsimile:(602) 263-1784

    Kelvin L. Newsome (No. 439206)
    Megan Ben'Ary (No. 493415)
    LeClair Ryan, A Professional Corp.
    225 Reinekers Lane, Suite 700
    Alexandria, VA 22314

Attorneys for Defendants
Corrections Corporation of America and Dale
London

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of June, 2006, a true and accurate copy of the
foregoing was mailed by regular, postage prepaid, US Post to:

Keionta Hagens, #31585-007
Big Sandy United States Penitentiary
PO Box 2068
Inez, Kentucky 41224
*Plaintiff Pro Se*

s/Colleen Webb

1644472.1