IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KEIONTA HAGENS,

               Plaintiff,

        v.

CORRECTIONS CORPORATION OF
AMERICA, *et al.*,

               Defendants.

Civil Action No. 1:05-CV-01917 (CKK)

**DEFENDANTS CORRECTIONS CORPORATION OF AMERICA AND
DALE LONDON'S RESPONSE TO PLAINTIFF'S ADDENDUM TO OPPOSITION
TO SUMMARY JUDGMENT AND REQUEST FOR LEAVE TO FILE REPLY**

Defendants, Corrections Corporation of America ("CCA") and Dale London

("London"), by counsel, hereby file the following Response to Plaintiff's Addendum to

Opposition to Summary Judgment and Request for Leave to File a Reply to Plaintiff's

Addendum.

1.      Defendants CCA and London filed their Motions to Dismiss or, in the

Alternative, for Summary Judgment on March 10, 2006 and April 19, 2006, respectively.  On

or about June 1, 2006, Plaintiff filed an Opposition thereto, entitled "Motion to Oppose

Summary Judgment."  On June 13, 2006, Defendants CCA and London filed a Reply in

Support of their Motions to Dismiss or, in the Alternative, for Summary Judgment,

addressing the issues raised by the Plaintiff in his Opposition.

2.      On June 26, 2006, Plaintiff filed with this Court a pleading entitled

"Addendum to Motion to Oppose Summary Judgment."  As set forth therein, Plaintiff

requested that the Court "accept for filing this Addendum to the previously filed 'Motion to

Oppose Summary Judgment'" on the grounds that extraordinary circumstances prevented him from filing the initial Opposition.  With the filing of this Response, Defendants hereby advise the Court that they have no objection to Plaintiff's request.

3.      While characterized by the Plaintiff as an "Addendum," Defendants are treating the instant pleading as an Opposition consistent with LCvR 7(b), and accordingly seek leave to file a Reply to the Addendum consistent with LCvR 7(d).  On this basis, Defendants seek leave to file a Reply within five days of the filing of this Request, or on or before July 17, 2006.   Granting the Defendants' Request will not prejudice the Plaintiff, and will allow Defendants the opportunity to respond the supplemental points and authorities raised by the Plaintiff in his Addendum.

4.      Based on the foregoing, Defendants Corrections Corporation of America and Dale London respectfully request that this Court grant their Request for Leave to File a Reply to Plaintiff's Addendum to Opposition to Summary Judgment on or before July 17, 2006.

By:   /s/ Megan S. Ben'Ary
      Kelvin L. Newsome (D.C. No. 439206)
      Megan S. Ben'Ary (D.C. No. 493415)
      LeClair Ryan
      225 Reinekers Lane, Suite 700
      Alexandria, VA 22314
      Telephone:   (703) 684-8007
      Facsimile:    (703) 684-8075

      Daniel P. Struck (D.C. Bar No. C0037)
      Jennifer L. Holsman (D.C. Bar No. 0495296)
      JONES, SKELTON & HOCHULI, P.L.C.
      2901 North Central Avenue, Suite 800
      Phoenix, Arizona  85012
      Telephone:  (602) 263-1700
      Facsimile:    (602) 263-1784

      *Counsel for Defendants Corrections Corporation of America
      and Dale London*

Filed electronically this 10th day of July, 2006.

- 3 -

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 10th day of July, 2006, a true and accurate copy of the foregoing Response to Plaintiff's Addendum to Opposition to Summary Judgment and Request for Leave to File Reply to Plaintiff's Addendum, was mailed, to:

Keionta Hagens
Inmate #31585-007
Big Sandy US Penitentiary
PO Box 2068
Inez, Kentucky 41224
*Plaintiff pro se*

                                        _____/s/ Megan S. Ben'Ary_____
                                                Megan S. Ben'Ary