IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEIONTA HAGENS,<br><br>        Plaintiff,<br><br>   v.<br><br>CORRECTIONS CORPORATION OF AMERICA, *et al.*,<br><br>        Defendants. | Civil Action No. 1:05-CV-01917 (CKK) |

## ORDER GRANTING LEAVE TO FILE REPLY

UPON CONSIDERATION of Defendants Corrections Corporation of America and Dale London's Request for Leave to File a Reply to Plaintiff's Addendum to Opposition to Summary Judgment, and any opposition thereto, it is hereby

ORDERED, this ____ day of _____, 2006, that Defendants' Request is granted and that any Reply to Plaintiff's Addendum shall be due on or before July 17, 2006.

 

_____
Judge, United States District Court