UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Keionta Hagens, | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 05-1917 (CKK) |
| | : | |
| Corrections Corporation of America, *et al.*, | : | |
| | : | |
| | : | |
| Defendants. | : | |

ORDER

For the reasons stated in the accompanying Memorandum Opinion, and pursuant to the Order of June 21, 2006, it is

ORDERED that the District of Columbia's motion to dismiss [Dkt. No. 9] is GRANTED as conceded; it is

FURTHER ORDERED that the Corrections Corporation of America's motion for summary judgment [Dkt. No. 15] is GRANTED; it is

FURTHER ORDERED that Dale London's motion for summary judgment [Dkt. No. 23] is GRANTED; and it is

FURTHER ORDERED that this case is DISMISSED.  This is a final appealable Order.

                                                                         _____s/s_____
                                                                          COLLEEN KOLLAR-KOTELLY
                                                                          United States District Judge

DATE: September 28, 2006