A-P-P-E-N-D-I-X

KEIONTA HAGENS
REG. # 31585-007
INEZ, KY 41224
JUNE 30th, 2004

MAYOR'S OFFICE
OF THE DISTRICT
OF COLUMBIA - ONE
JUDICIARY SQUARE
WASHINGTON, DC 20530

RE: KEIONTA HAGENS' "NOTICE OF INTENT" TO BRING ACTION AGAINST THE DISTRICT OF COLUMBIA FOR UNLIQUIDATED DAMAGES - D.C. CODE SECTION 12-309

Comes Now, Keionta Hagens, #31585-007 Claimant-Plaintiff, Pro Se, respectfully "Notify" this Mayor's Office of the District of Columbia, that this Claimant-Plaintiff, Keionta Hagens, a District of Columbia Prisoner, <u>intends</u> on filing and bringing a Civil Action Suit against the District of Columbia and Corrections Corporation of America - ("C.T.F. - Central Treatment Facility") for Damages resulting from injuries Claimant-Plaintiff sustained from an "Assault" by employees employed by the District of Columbia (implied-Contract with C.C.A.) and employees

directly employed by Corrections Corporation of America, (a private prison corporation) whom contracted to house district of Columbia Prisoners in its facilities.

INJURIES SUSTAINED/CAUSE:

1) Place:- Corrections Corporation of America, 1901 E ST. S.E. (Unit C-9-C), Wash., D.C. 20003;

2) Date:- April 1st, 2004;

3) Time:- 10:45 a.m.

4) Cause:- I, Keionta Hagens, was handcuffed (from behind) in Unit C-4-C, as I was "cuffed", pushed back and forward by Captain London, punched in the midsection of my body numerous of times by Captain London, grabbed by the throat, face and had my face slammed into the wall, slammed to the floor-face first by Captain London, then Captain London jumped upon my body while I was prong on the floor and began to chock me, until I almost lost conscious, all <u>unwarranted</u>, <u>unprovoked</u>, while my <u>hands were cuffed behind my back</u>, then Captain

(2)

London raised himself up and sprayed me directly in the face and head areas with pepper-spray (Mace), then Captain London and other Correctional officers dragged me through the unit, out of the unit, onto the elevator, all the way to Segregation Unit (S.M.U.), where I was made to lay on the cold concrete floor while the assaulters processed me into the (S.M.U.);

5) Because of this unwarranted, unprovoked assault and injuries and pain and suffering by the name prison official, and while under color of law, while a district of Columbia <u>Custody</u> prisoner housed in a ("C.C.A.") facility sustained these injuries by the failure of the District of Columbia Monitor(s) to Monitor the treatment and actions of "C.C.A." Correctional Staff toward District of Columbia prisoners confined in its facilities, because of this negligence by

(3)

the District of Columbia while under color of laws in violation of my Eighth Amendment rights to be free from cruel and unusual Punishment.

Thus, have I with specificity state where, when and who violated my rights under the guarantees of the Constitution and laws of the District of Columbia, and the Correctional Rules and Regulations.

Keionta Hagens #31585-007
Keionta Hagens #31585-007
Claimant-Plaintiff, Pro Se,
P.O. Box 2068, Inez, KY 41224

Copies To:

Office of the
Corporation Counsel
441 4th St. N.W
Wash., D.C. 20001
this 30th day of June, 2004

(4)