# OPERATIONS AND MANAGEMENT AGREEMENT

by and between

# THE DISTRICT OF COLUMBIA

and

# CORRECTIONS CORPORATION OF AMERICA

\45196\011\OPERATNG.018

Positions. During the applicable cure period, the Operator may use temporary employees or transfer employees from other assignments to fill the positions creating the Vacancy Deficiency provided that the employees utilized for these purposes are qualified for the job assignment and their transfer does not adversely affect the Operator's ability to provide the services to be delivered by the unit from which the employees are transferred. The Operator shall use its best efforts to minimize the use of employee overtime to meet staffing needs created by staff vacancies. In addition to any other rights or remedies the District may have hereunder, and except where the District has consented to an extension of time following a written request for an extension submitted by the Operator, the Operator shall pay the District $100 per day for each vacant position in any job category for which there is a Vacancy Deficiency for more than sixty (60) days with respect to Critical Positions and for more than ninety (90) days with respect to Operational Positions. For purposes of determining the Operator's liability for the $100 per day penalty only, the use of temporary or transferred personnel as permitted by this Section 5.4.2 during the applicable cure period shall be considered as personnel staffing the vacant positions.

5.4.3    Transfer/Assignment of Inmates. The Operator shall have no authority to transfer and/or assign inmates into or out of the CTF, whether or not such inmates are or are not inmates in the custody of DOC. DOC shall transfer inmates into and out of the CTF in accordance with DOC's practices and policies in effect at the time of each transfer. DOC will assign only medium security and minimum security inmates to the CTF general population. DOC may assign maximum security inmates to the CTF special management unit. DOC may assign inmates of any classification to the system-wide infirmary at the CTF. The Operator may not refuse to accept the assignment of any inmate to the CTF, but if the Operator believes that an inmate has been erroneously assigned to the CTF or warrants transfer, it may request his or her transfer in accordance with DOC policies and practices. DOC will use its best efforts, consistent with the requirements of the entire prison system, to transfer to facilities other than the CTF inmates who are not classified as medium security prisoners as soon as the reason for their assignment to the CTF has been satisfied.

5.4.4    Religious Services. The Operator shall provide separate physical space for, and shall offer, religious programs for all recognized faith groups at the CTF in accordance with applicable Operating Standards.