UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| KEIONTA HAGENS, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 05-1719 (CKK) |
| | : | |
| CORRECTIONS COORPORATIONS OF AMERICA, *et. al.,* | : | |
| | : | |
| Defendants. | : | |

**DEFENDANT DISTRICT OF COLUMBIA'S OPPOSITION TO PLAINTIFF'S MOTION FOR RECONSIDERATION OF THE COURT'S ORDER DATED FEBRUARY 13, 2006**

Defendant District of Columbia (the "District"), by and through undersigned counsel, hereby opposes plaintiff's petition for reconsideration of the Court's Order dated September 28, 2006, and states as follows:

1. Pursuant to the Court's Order dated February 13, 2006, Plaintiff was ordered to respond to the District's motion to dismiss no later than March 15, 2006. See Court Docket #10. Plaintiff did not respond within the time provided by the Court.[1] Moreover, Plaintiff never directly responded to the District's motion in any subsequent court-filing.

2. Plaintiff's petition for reconsideration fails to address the substantive issues raised in the District's motion to dismiss. While this Court dismissed plaintiff's complaint because of his failure to respond to the District's motion, the substantive issues raised in the District's motion nevertheless warranted dismissal of this matter. The District argued that: (1) it properly delegated all duties of inmate care to the Corrections Corporation of America (CCA); (2) the complaint fails to state a claim for municipal liability under 42 U.S.C. § 1983, and the doctrine of *Monell v.*

---

[1] In fact, plaintiff did not respond for almost seven months.

*Dep't of Social Servs. of the City of New York*, 436 U.S. 658, 694 (1978); and (3) the complaint fails to allege a violation of the plaintiff's constitutional rights. See Court Docket, #9.

     3.     In his motion for reconsideration, plaintiff does not meet his burden under Fed. R. Civ. P. 59(e) and/or 60 to entitle him to requested relief. Plaintiff fails to directly address any of the arguments the District raised in its motion to dismiss. Plaintiff has not made and cannot make a viable constitutional claim under 42 U.S.C. § 1983, against the District. Accordingly, the District requests that this Court deny plaintiff's petition for reconsideration.

                                            Respectfully submitted,

                                            ROBERT J. SPAGNOLETTI
                                            Attorney General for the District of Columbia

                                            GEORGE C. VALENTINE
                                            Deputy Attorney General, Civil Litigation Division

                                            \_\s\_____
                                            PATRICIA A. JONES [428132]
                                            Chief, General Litigation Sec. IV

By:    \_\s\_____
            MICHAEL P. BRUCKHEIM [455192]
            Assistant Attorney General
            441 4TH Street, NW, 6th Floor-South
            Washington, D.C. 20001
            (202) 724-6649; (202) 727-6295
            E-mail: Michael.bruckheim@dc.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| KEIONTA HAGENS, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| | : | |
| v. | : | Civil Action No. 05-1719 (CKK) |
| | : | |
| | : | |
| CORRECTIONS COORPORATIONS OF AMERICA, *et. al.,* | : | |
| | : | |
| | : | |
| DefendantS. | : | |

**ORDER**

Upon consideration of Plaintiff's Petition for Reconsideration, Defendant District of Columbia's Opposition to Plaintiff's Petition for Reconsideration, the facts and law considered, it is hereby:

ORDERED:  that Plaintiff's Petition for Reconsideration is DENIED for the reasons set forth in the District's opposition.

So ORDERED this _____ day of _____, 2006.


_____
The Honorable Judge Colleen Kollar-Kotelly
United States District Court for the District of Columbia