IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KEIONYA HAGENS,

    Plaintiff,

v.

CORRECTIONS CORPORATION
OF AMERICA, et al.,

    Defendants.

Civil Action No. 05-1917 (CKK)

RECEIVED
NOV 3 0 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## MOTION TO EXTEND TIME TO FILE

The plaintiff, Keionya Hagens, pro se, respectfully petitions this Honorable Court to extend the time for the plaintiff to file a reply to the response of the defendants' to plaintiff's motion for reconsideration, and pursuant to Rule 6(b) of the Fed. R. Civ. Proc., shows the Court the following:

1.) The plaintiff is not physically able to provide a background for this motion, due to being deprived of all legal property and access to consult with the inmate who is assisting plaintiff in this case.

2.) On or about, November 13, 2006, the plaintiff received a copy of the defendants' motion in opposition to plaintiff's motion for reconsideration. The plaintiff intended to file a reply to the defendants' motion, due to obvious false allegations and affidavits which allege false information, which the Court used to support it's decision to grant summary judgment.

3.) On November 14, 2006, the prison was placed on total lockdown status (24 hrs. in cells) and the plaintiff has remained separated from the inmate who assists him in this case and needed legal papers.

-2-

4.) The issues are of great importance to all parties, and the plaintiff asserts that it would benefit all concerned for the Court to consider the points sought to be raised in the reply motion. As is obvious, due to time and limitations, the plaintiff was unable to seek consent before filing this motion.

WHEREFORE, due to the above, and any other reason(s) that may appear to the Court, the plaintiff, Keionta Hagens, pro se, respectfully requests that the Court stay any proceedings in this case, and allows the plaintiff ten (10) days to file a reply motion, after the current disability is lifted.

Additionally, because of the extraordinary circumstances, the plaintiff requests that the Court order the Clerk's Office to make sufficient copies of this motion for service, filing, and to return a copy to the plaintiff.

Respectfully submitted,

Keionta Hagens
KEIONTA HAGENS, pro se
Reg. No. 31585-007
USP- Big Sandy
P.O. Box 2068
Inez, KY 41224

CERTIFICATE OF MAILING

I HEREBY CERTIFY, that I mailed the original of this motion to the Clerk's Office, U.S. District Court for the District of Columbia, 333 Constitution Avenue, N.W., Washington, D.C., 20001-2866, this 23rd day of November, 2006.

Keionta Hagens
KEIONTA HAGENS, pro se
Reg. No. 31585-007

-4-