UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Keionta Hagens,

    Plaintiff,

v.

Connections Corporation of
America, et al.,

    Defendants.

Civil Action No. 05-1917 (CKK)

RECEIVED
NOV 30 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## NOTICE OF APPEAL

Notice is hereby given that the plaintiff, Keionta Hagens appeals the final order entered the 21st day of November, 2006, in the above-captioned matter by the Honorable Colleen Kollar-Kotelly, United States District Judge, denying plaintiff's motion for reconsideration.

Respectfully submitted,

Keionta Hagens

KEIONTA HAGENS, pro se
Reg. No. 31585-007
USP-Big Sandy
P.O. Box 2068
Inez, KY 41224