UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

JAN 2 9 2007

**RECEIVED**

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

JAN 2 9 2007

_KEIONTA HAGENS_                  USCA No. _06-7206_

v.

_CORR. CORP. OF AMERICA, et al.,_   USDC No. _05-CV-1917_

ORIGINAL

## MOTION FOR LEAVE TO PROCEED
## ON APPEAL IN FORMA PAUPERIS

I, _Keionta Hagens_                  , declare that I am the
☑ appellant/petitioner ☐ appellee/respondent in the above-entitled proceeding.  In
support of this motion to proceed on appeal without being required to prepay fees,
costs or give security therefor, I state that because of my poverty I am unable to prepay
the costs of said proceeding or to give security therefor.  My affidavit or sworn
statement is attached.  I believe I am entitled to relief.  The issues that I desire to
present on appeal/review are as follows: (*Provide a statement of the issues you will
present to the court.  You may continue on the other side of this sheet if necessary.*)

I. Abuse of discretion - the court dismissed the suit based on erroneous information.

II. The defendant/appellees misled the court to base its ruling on false assertions, and thereby caused the court to rule contrary to the evidence presented.

III. The court misconstrued the law and ruled contrary to the evidence presented.

Signature _Keionta Hagens_

Name of *Pro Se* Litigant (PRINT) _KEIONTA HAGENS_

Address _P.O. Box 2068, Inez, KY 41224_

Submit original with a certificate of service to:

**RECEIVED**

FEB - 7 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Clerk
U.S. Court of Appeals for the D.C. Circuit
333 Constitution Avenue, N.W.
Rm. 5423, E. Barrett Prettyman U.S. Courthouse
Washington, DC 20001

[USCADC Form 53 (Rev. Jan 1997, Jan 2003)]          -3-

## Affidavit Accompanying Motion for Leave
## to Proceed on Appeal in Forma Pauperis

### United States Court of Appeals for the
### District of Columbia Circuit

KETONYA HAGENS

Case No. 06-7206

v.

Conn, Corp. of America, et al.,

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

**Affidavit in Support of Motion**

I swear or affirm under penalty of perjury
that, because of my poverty, I cannot prepay
the docket fees of my appeal or post a bond
for them. I believe I am entitled to redress.
I swear or affirm under penalty of perjury
under United States laws that my answers on
this form are true and correct. (28 U.S.C. §
1746; 18 U.S.C. § 1621.)

**Instructions**

Complete all questions in this application
and then sign it. Do not leave any blanks: if
the answer to a question is "0," "none," or
"not applicable (N/A)," write in that
response. If you need more space to answer
a question or to explain your answer, attach
a separate sheet of paper identified with your
name, your case's docket number, and the
question number.

**Signed:** Ketonya Hagens          **Date:** 1-24-07

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

**My issues on appeal are:**

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months.  Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $_____ | $ N.A. | $_____ | $ N.A. |
| Self-employment | $_____ | $ N.A. | $_____ | $ N.A. |
| Income from real property (such as rental income) | $_____ | $ N.A. | $_____ | $ N.A. |
| Interest and dividends | $_____ | $ N.A. | $_____ | $ N.A. |
| Gifts | $_____ | $ N.A. | $_____ | $ N.A. |
| Alimony | $_____ | $ N.A. | $_____ | $ N.A. |
| Child support | $_____ | $ N.A. | $_____ | $ N.A. |
| Retirement (such as social security, pensions, annuities, insurance) | $_____ | $ N.A. | $_____ | $ N.A. |
| Disability (such as social security, insurance payments) | $_____ | $ N.A. | $_____ | $ N.A. |
| Unemployment payments | $_____ | $ N.A. | $_____ | $ N.A. |
| Public-assistance (such as welfare) | $_____ | $ N.A. | $_____ | $ N.A. |
| Other (specify): _____ | $_____ | $ N.A. | $_____ | $ N.A. |
| Total monthly income: | $_____ | $ N.A. | $_____ | $ N.A. |

2. List your employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| N.A. | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

3. List your spouse's employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| N.A. | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

4. How much cash do you and your spouse have? $ 8.07

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| NONE | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

**If you are a prisoner seeking to appeal a judgment in a civil action or proceeding, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.**

5. List the assets, and their values, that you own or your spouse owns. Do not list clothing and ordinary household furnishings.

Home (Value)          Other real estate (Value)          Motor vehicle # 1 _N, A,_ (Value)
_NONE_                _NONE_                Make & year: _____
_____            _____            Model: _____
_____            _____            Registration #._____

Motor vehicle #2 _N, A,_ (Value)          Other Assets (Value)          Other Assets (Value)
Make & year_____          _N, A,_          _____
Model_____          _____          _____
Registration #: _____          _____          _____

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| James E. Williams | $60,000.00 | $0.00 |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

7. State the persons who rely on you or your spouse for support.

| Name | Relationship | Age |
|---|---|---|
| Javon Bennett | SON | 5 |
| Enjoshua Thomas | SON | 7 |
| _____ | _____ | _____ |

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semi-annually, or annually to show the monthly rate.

|  | You | Spouse |
|---|---|---|
| Rent or home-mortgage payment (include lot rented for mobile home) | $ N. A. | $ N. A. |
|     Are real-estate taxes included? | [ ] Yes  [✓] No | |
|     Is property insurance included? | [ ] Yes  [✓] No | |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ | $ |
| Home maintenance (repairs and upkeep) | $ | $ |
| Food | $ | $ |
| Clothing | $ | $ |
| Laundry and dry-cleaning | $ | $ |
| Medical and dental expenses | $ | $ |
| Transportation (not including motor vehicle payments) | $ | $ |
| Recreation, entertainment, newspapers, magazines, etc. | $ | $ |
| Insurance (not deducted from wages or included in mortgage payments) | $ | $ |
|   Homeowner's or renter's | $ | $ |
|   Life | $ | $ |
|   Health | $ | $ |
|   Motor Vehicle | $ | $ |
|   Other: _____ | $ | $ |
| Taxes (not deducted from wages or included in mortgage payments) (specify): _____ | $ | $ |
| Installment payments | $ | $ |
|   Motor Vehicle | $ | $ |
|   Credit card (name): _____ | $ | $ |
|   Department store (name): _____ | $ | $ |
|   Other: _____ | $ | $ |
| Alimony, maintenance, and support paid to others | $ | $ |
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | $ | $ |
| Other (specify): _____ | $ | $ |
| Total monthly expenses: | $ N. A. | $ N. A. |

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

[ ] Yes     [✓] No     If yes, describe on an attached sheet.

10. Have you paid—or will you be paying—an attorney any money for services in connection with this case, including the completion of this form?

[ ] Yes     [✓] No

If yes, how much? $ _N, A,_

If yes, state the attorney's name, address, and telephone number:
_N, A,_
_____
_____

11. Have you paid—or will you be paying—anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?

[ ] Yes     [✓] No

If yes, how much? $ _N, A,_

If yes, state the person's name, address, and telephone number:
_N, A,_
_____
_____

12. Provide any other information that will help explain why you cannot pay the docket fees for your appeal. _I have been incarcerated for the past 3 years, most of the time without any pay. The money sent from my family is used to pay for necessities of life._

13. State the address of your legal residence.
_USP - Big Sandy_
_P.O. Box 2068_
_Inez, KY 41224_

Your daytime phone number: (_606_) _433-2460_
Your age: _27_     Your years of schooling: _10 th Grade_
Your social-security number: _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_

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I mailed the original Motion For Leave To Proceed on Appeal in Forma Pauperis; Prisoner Trust Account Report, and Consent to Collection of Fees to: Clerk of the Court, U.S. Court of Appeals for the D.C. Circuit, 333 Constitution Avenue, N.W., Room 5423, E. Barrett Prettyman U.S. Courthouse, Washington, D.C. 20001, postage prepaid, U.S. Mail, this 24th day of January, 2007, by placing them in the Mailroom of this Federal prison.

Keionta Hagens
KEIONTA HAGENS
Reg. No. 31585-007
USP-Big Sandy
P.O. Box 2068
Inez, KY 41224

Executed this 24th day of January, 2007, At Inez, KY, pursuant to 28 U.S.C. §1746.

Keionta Hagens
KEIONTA HAGENS